UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DUANE HOPKINS,

    Plaintiff,

v.

LVNV FUNDING, LLC,

    Defendant.

NO. CV-09-086-RHW

**ORDER DISMISSING ACTION**

In response to the Court's show cause order, Plaintiff filed a Notice of Voluntary Dismissal of Case with Prejudice (Ct. Rec. 3).

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **dismissed**, with prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 8th day of September, 2010.

            *s/Robert H. Whaley*
            ROBERT H. WHALEY
            United States District Judge

Q:\CIVIL\2009\Hopkins, 09-86\dismiss.wpd

**ORDER DISMISSING ACTION ~ 1**